UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALINKA MOYE, | No. C-14-3121 EMC (pr) |
|     Plaintiff, | |
| v. | **ORDER** |
| NAPA STATE HOSPITAL; *et al.*, | |
|     Defendants. | |

Plaintiff filed an "ex parte declaration in support of ex parte application for opposition to order dismissing." Docket # 24. The declaration/application is construed to be a motion for relief from the judgment under Federal Rule of Civil Procedure 60(b). The motion for relief from the judgment is **DENIED** because Plaintiff does not identify any basis for setting aside the judgment; he does not identify any of the listed reasons or even provide a reason that might fit under Rule 60(b)(6)'s catch-all provision for relief from the judgment. His mere disagreement with, or opposition to, a dismissal is not a proper ground to set that dismissal aside.

Plaintiff also filed some declarations that are largely incomprehensible, but seem to indicate a desire to file a complaint against psychologists. Those declarations should not be filed in this

///
///
///
///
///

1 action because this action is closed. A copy of the court's civil rights complaint form has been sent
2 to Plaintiff in a separate envelope; he may use that form if he wishes to file a complaint about his
3 conditions of confinement.

5     IT IS SO ORDERED.

7 Dated: March 3, 2015

8                                          _____
                                       EDWARD M. CHEN
                                       United States District Judge

**United States District Court**
For the Northern District of California

2